**Gilda SANCHEZ, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE,\* Commissioner of the Social Security Administration, Defendant–Appellee.**

**No. 05–56147.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 17, 2007.

Filed June 14, 2007.

Law Offices of Young C. Cho, Santa Fe Springs, CA, for Plaintiff–Appellant.

Jean M. Turk, Esq., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: FISHER and CLIFTON, Circuit Judges, and FOGEL, District Judge.**

MEMORANDUM ***

Appellant Gilda Sanchez appeals the district court's judgment affirming Appellee's denial of her application for social security disability benefits. Appellant argues that the presiding Administrative Law Judge

** The Honorable Jeremy Fogel, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

("ALJ") made two errors: determining that she was less than fully credible in her description of her symptoms; and discounting the testimony of her two treating physicians whose diagnoses depended in large part upon her self-reporting.

Like the district court, we conclude that the ALJ stated clear and convincing reasons for discrediting Appellant's testimony. *See Lester v. Chater*, 81 F.3d 821, 834 (9th Cir.1995). We also conclude after a thorough review of the record that the ALJ provided specific and legitimate reasons—supported by substantial evidence—for discounting the testimony of Appellant's treating physicians. *See id.* at 831. Accordingly, the appeal is without merit.

AFFIRMED.